O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United Fabrics International, Inc., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Serg Felipe, Inc., a California Corporation; et al.,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 09-9015-RSWL (RCx)<br><br>**ORDER Re: Defendant's Counsel's Motion for Leave to Withdraw as Counsel of Record** [38] |
|---|---|---|

　　Defendant Serg Felipe, Inc.'s ("Defendant") Counsel's Motion to Withdraw as Counsel of Record was set for hearing on December 15, 2010.  Having taken the matter under submission on December 8, 2010, and having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

　　This Court **GRANTS** Defendant's Counsel's Motion to Withdraw.  Defendant's Counsel has shown that there is good cause here for granting this withdrawal.

Specifically, Defendant's location is unknown to Defendant's Counsel, despite reasonable efforts to locate Defendant.  As a result, Defendant's Counsel has been unable to maintain communications sufficient to allow for Defendant's effective representation, making it unreasonably difficult for Defendant's Counsel to adequately represent Defendant.  Moreover, withdrawal here would not unduly prejudice Defendant and Counsel has complied with the procedural requirements of the Local Rules.

    Therefore, Defendant's Counsel's Motion to Withdraw as Counsel of Record for Defendant is **GRANTED**.

**IT IS SO ORDERED.**

DATED: January 5, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge